Institute for Justice
William R. Maurer (WSBA No. 25451)*
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
Telephone:  425-646-9300

Institute for Justice
Erica Smith (NY Registration No. 4963377)*
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Telephone:  703-682-9320 ex. 307

*Admitted pro hac vice.

*Attorneys for Plaintiffs*

Pillsbury Winthrop Shaw Pittman LLP
Christopher R. Rodriguez (CA Bar No. 212274)
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone:  916-329-4720

*Local Counsel for Plaintiffs*

Office of the City Attorney
Chance L. Trimm, Senior DCA (SBN 139982)
915 I Street, Fourth Floor
Sacramento, CA 95814-2604
Telephone: 916-808-5346

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CARL and ELIZABETH FEARS, a married couple; and FEARS FITNESS, INC., d/b/a Got Muscle Health Club, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, a California municipal corporation,<br><br>Defendant. | No. 2:13-CV-01667-JAM-DAD<br><br>**STIPULATION CEASING DEFENDANT'S ENFORCEMENT AGAINST PLAINTIFFS' SIGNS IN EXCHANGE FOR PLAINTIFFS WITHDRAWING THEIR MOTION FOR PRELIMINARY INJUNCTION AND ORDER ACCEPTING STIPULATION** |

- 1 -

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD

1    Carl and Elizabeth Fears, Fears Fitness Inc., d/b/a "Got Muscle Health Club" ("Plaintiffs")
2    and the City of Sacramento ("Defendant"), by and through their respective attorneys, submit the
3    following stipulation and proposed order whereby they stipulate and agree as follows:

4    WHEREAS, on August 13, 2013, Plaintiffs filed a Complaint against the Defendant, claiming
5    that several provisions of Defendant's sign code violate the First and Fourteenth Amendments of the
6    United States Constitution; and

7    WHEREAS, on the same day, Plaintiffs also filed a Notice of Motion and Motion for
8    Preliminary Injunction against Defendant, requesting the Court immediately enjoin Defendant from
9    enforcing the allegedly unconstitutional provisions against Plaintiffs' signs:

10   NOW, THEREFORE, it is hereby stipulated by and between Plaintiffs and Defendant as
11   follows:

12   1.    Defendant, and all its agents, representatives, and employees, agree not to enforce the
13   provisions of the City's sign code that the Plaintiffs are challenging in this case.  Specifically, the
14   Defendant has agreed not to enforce Sacramento Sign Code sections 15.148.670, 15.148.160(A)(2),
15   and 15.148.030–15.148.090 against Plaintiffs or any other individual or entity during the pendency of
16   this case.

17   2.    Accordingly, Defendant agrees to allow Plaintiffs to display A-frame signs, portable
18   signs, banners, their existing window signs, and any other window signs or attached signs that
19   Plaintiffs choose at Got Muscle Health Club at 8280 Folsom Boulevard, Sacramento, California,
20   during the pendency of this case.  Plaintiffs will also not be required to request or secure a permit for
21   any of their current or future signs during the pendency of this case.

22   3.    The "pendency of this case" means until a stipulated dismissal of the case or a final
23   court decision is rendered regarding the constitutionality of the aforementioned Sign Code sections
24   and all appeals are exhausted regarding that decision.

25   4.    In exchange for Defendant's agreement, Plaintiffs give notice of the withdrawal of
26   their Notice of Motion and Motion for Preliminary Injunction (Docket No. 6).  No hearing is
27   currently scheduled for Plaintiffs' Motion.

28

- 2 -

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD

DATED this 28th day of August, 2013.

INSTITUTE FOR JUSTICE
William R. Maurer (WSBA No. 25451)*
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
Email:  wmaurer@ij.org

Erica Smith (NY Registration No. 4963377)*
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Email:  esmith@ij.org

*Admitted pro hac vice.

*Attorneys for Plaintiffs*

PILLSBURY WINTHROP SHAW PITTMAN LLP
Christopher R. Rodriguez (CA Bar No. 212274)
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Email: chris.rodriguez@pillsburylaw.com

*Local Counsel for Plaintiffs*

          /s/ Erica Smith
By:  Erica Smith (NY Registration No. 4963377)

Office of the City Attorney
Chance L. Trimm, Senior DCA (SBN 139982)
915 I Street, Fourth Floor
Sacramento, CA 95814-2604
Email:  ctrimm@cityofsacramento.org

*Attorney for Defendant*

          /s/ Chance L. Trimm
By:  Chance L. Trimm (SBN 139982)

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD

ORDER

IT IS SO ORDERED.

Dated:   8/29/2013

                                           /s/ John A. Mendez
                                             United States District Court Judge

- 4 -

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of August, a true and correct copy of the foregoing **STIPULATION CEASING DEFENDANT'S ENFORCEMENT AGAINST PLAINTIFFS' SIGNS IN EXCHANGE FOR PLAINTIFFS WITHDRAWING THEIR MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER ACCEPTING STIPULATION** was sent via the ECF electronic notification system to the following counsel of record:

City of Sacramento
c/o Chance L. Trimm, Senior DCA (SBN 139982)
Office of the City Attorney
915 I Street
Sacramento, California 95814

INSTITUTE FOR JUSTICE
William R. Maurer (WSBA No. 25451)*
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
Email: wmaurer@ij.org

Erica Smith (NY Registration No. 4963377)*
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Email: esmith@ij.org

*Admitted pro hac vice.*

*Attorneys for Plaintiffs*

PILLSBURY WINTHROP SHAW PITTMAN LLP
Christopher R. Rodriguez (CA Bar No. 212274)
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Email: chris.rodriguez@pillsburylaw.com

*Local Counsel for Plaintiffs*

                    /s/ Erica Smith
By: Erica Smith (NY Registration No. 4963377)

- 5 -

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD