1   Institute for Justice
    William R. Maurer (WSBA No. 25451)*
2   10500 NE 8th Street, Suite 1760
    Bellevue, WA 98004
3   Telephone:  425-646-9300

4   Institute for Justice
    Erica Smith (NY Registration No. 4963377)*
5   901 N. Glebe Road, Suite 900
    Arlington, VA 22203
6   Telephone:  703-682-9320 ex. 307

7   *Admitted pro hac vice.

8   Attorneys for Plaintiffs

9   Pillsbury Winthrop Shaw Pittman LLP
    Christopher R. Rodriguez (CA Bar No. 212274)
10  2600 Capitol Avenue, Suite 300
    Sacramento, CA 95816-5930
11  Telephone:  916-329-4720

12  Local Counsel for Plaintiffs

13  Office of the City Attorney
    Chance L. Trimm, Senior DCA (SBN 139982)
14  915 I Street, Fourth Floor
    Sacramento, CA 95814-2604
15  Telephone: 916-808-5346

16  Attorney for Defendant

17

18                  UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
19                       SACRAMENTO DIVISION

20

21

22  CARL and ELIZABETH FEARS, a married        No. 2:13-CV-01667-JAM-DAD
    couple; and FEARS FITNESS, INC., d/b/a Got
23  Muscle Health Club, a California corporation,   STIPULATION CEASING DEFENDANT'S
                                                    ENFORCEMENT AGAINST PLAINTIFFS'
24                            Plaintiffs,            SIGNS IN EXCHANGE FOR PLAINTIFFS
                                                    WITHDRAWING THEIR MOTION FOR
25           vs.                                    PRELIMINARY INJUNCTION AND ORDER
                                                    ACCEPTING STIPULATION
26  CITY OF SACRAMENTO, a California
    municipal corporation,
27
                              Defendant.
28

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD

Carl and Elizabeth Fears, Fears Fitness Inc., d/b/a "Got Muscle Health Club" ("Plaintiffs") and the City of Sacramento ("Defendant"), by and through their respective attorneys, submit the following stipulation and proposed order whereby they stipulate and agree as follows:

WHEREAS, on August 13, 2013, Plaintiffs filed a Complaint against the Defendant, claiming that several provisions of Defendant's sign code violate the First and Fourteenth Amendments of the United States Constitution; and

WHEREAS, on the same day, Plaintiffs also filed a Notice of Motion and Motion for Preliminary Injunction against Defendant, requesting the Court immediately enjoin Defendant from enforcing the allegedly unconstitutional provisions against Plaintiffs' signs:

NOW, THEREFORE, it is hereby stipulated by and between Plaintiffs and Defendant as follows:

1.    Defendant, and all its agents, representatives, and employees, agree not to enforce the provisions of the City's sign code that the Plaintiffs are challenging in this case.  Specifically, the Defendant has agreed not to enforce Sacramento Sign Code sections 15.148.670, 15.148.160(A)(2), and 15.148.030–15.148.090 against Plaintiffs or any other individual or entity during the pendency of this case.

2.    Accordingly, Defendant agrees to allow Plaintiffs to display A-frame signs, portable signs, banners, their existing window signs, and any other window signs or attached signs that Plaintiffs choose at Got Muscle Health Club at 8280 Folsom Boulevard, Sacramento, California, during the pendency of this case.  Plaintiffs will also not be required to request or secure a permit for any of their current or future signs during the pendency of this case.

3.    The "pendency of this case" means until a stipulated dismissal of the case or a final court decision is rendered regarding the constitutionality of the aforementioned Sign Code sections and all appeals are exhausted regarding that decision.

4.    In exchange for Defendant's agreement, Plaintiffs give notice of the withdrawal of their Notice of Motion and Motion for Preliminary Injunction (Docket No. 6).  No hearing is currently scheduled for Plaintiffs' Motion.

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD

1        DATED this 28th day of August, 2013.

2                                        INSTITUTE FOR JUSTICE
                                         William R. Maurer (WSBA No. 25451)*
3                                        10500 NE 8th Street, Suite 1760
                                         Bellevue, WA 98004
4                                        Email:  wmaurer@ij.org

5                                        Erica Smith (NY Registration No. 4963377)*
                                         901 N. Glebe Road, Suite 900
6                                        Arlington, VA 22203
                                         Email:  esmith@ij.org

7
                                         *Admitted pro hac vice.
8
                                         Attorneys for Plaintiffs
9
                                         PILLSBURY WINTHROP SHAW PITTMAN LLP
10                                       Christopher R. Rodriguez (CA Bar No. 212274)
                                         2600 Capitol Avenue, Suite 300
11                                       Sacramento, CA 95816-5930
                                         Email: chris.rodriguez@pillsburylaw.com
12
                                         Local Counsel for Plaintiffs
13

14                                       _____/s/ Erica Smith_____
                                         By:  Erica Smith (NY Registration No. 4963377)
15
                                         Office of the City Attorney
16                                       Chance L. Trimm, Senior DCA (SBN 139982)
                                         915 I Street, Fourth Floor
17                                       Sacramento, CA 95814-2604
                                         Email:  ctrimm@cityofsacramento.org
18
                                         Attorney for Defendant
19

20                                       _____/s/ Chance L. Trimm_____
                                         By:  Chance L. Trimm (SBN 139982)
21

22

23

24

25

26

27

28

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD

- 3 -

1          <u>ORDER</u>

2     IT IS SO ORDERED.

3     Dated:   8/29/2013

4                                                    /s/ John A. Mendez_____
                                                      United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of August, a true and correct copy of the foregoing **STIPULATION CEASING DEFENDANT'S ENFORCEMENT AGAINST PLAINTIFFS' SIGNS IN EXCHANGE FOR PLAINTIFFS WITHDRAWING THEIR MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER ACCEPTING STIPULATION** was sent via the ECF electronic notification system to the following counsel of record:

City of Sacramento
c/o Chance L. Trimm, Senior DCA (SBN 139982)
Office of the City Attorney
915 I Street
Sacramento, California 95814

INSTITUTE FOR JUSTICE
William R. Maurer (WSBA No. 25451)*
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
Email: wmaurer@ij.org

Erica Smith (NY Registration No. 4963377)*
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Email: esmith@ij.org

*Admitted pro hac vice.*

*Attorneys for Plaintiffs*

PILLSBURY WINTHROP SHAW PITTMAN LLP
Christopher R. Rodriguez (CA Bar No. 212274)
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Email: chris.rodriguez@pillsburylaw.com

*Local Counsel for Plaintiffs*

_____/s/ Erica Smith_____
By: Erica Smith (NY Registration No. 4963377)

- 5 -

STIP. CEASING DEF.'S ENFORCEMENT AGAINST PLS.' SIGNS
IN EXCHANGE FOR PLS. WITHDRAWING MOTION FOR
PRELIM. INJUNC. AND [PROPOSED] ORDER ACCEPTING STIP.
No. 2:13-CV-01667-JAM-DAD