1  Institute for Justice
2  William R. Maurer (WSBA No. 25451)*
   10500 NE 8th Street, Suite 1760
3  Bellevue, Washington 98004
   Telephone: 425-646-9300
4
   Institute for Justice
5  Erica Smith (NY Registration No. 4963377)*
   901 S. Glebe Road, Suite 900
6  Arlington, VA 22203
7  Telephone: 703-682-9320 ex. 307

8  *Admitted Pro Hac Vice

9  *Attorneys for Plaintiffs*

10 Pillsbury Winthrop Shaw Pittman LLP
   Christopher R. Rodriquez (CA Bar No. 212274)
11 2600 Capitol Avenue, Suite 300
   Sacramento, CA 95816-5930
12 Telephone: 916-329-4720
13 *Local Counsel for Plaintiffs*

14 Chance L. Trimm, Senior DCA (SBN 139982)
   Office of the City Attorney
15 915 I Street
   Sacramento, California 95814
16
17 *Attorney for Defendant*

18
                    **UNITED STATES DISTRICT COURT**
19                  **EASTERN DISTRICT OF CALIFORNIA**
                        **SACRAMENTO DIVISION**
20

21
22 | CARL and ELIZABETH FEARS, a married couple; and FEARS FITNESS, INC., d/b/a Got Muscle Health Club, a California corporation, | No. 2:13-cv-01667-JAM-DAD |
   |---|---|
23 | | **ORDER RE VOLUNTARY DISMISSAL** |
24 | Plaintiff, | |
25 | v. | |
26 | CITY OF SACRAMENTO, a California municipal corporation, | |
27 | | |
   | Defendant. | |
28

                                    **[PROPOSED] ORDER RE VOLUNTARY**
                                    **DISMISSAL No. 2:13-CV-01667-JAM-DAD**

- 1 -

1  The Parties have reached a settlement and stipulated to voluntary dismissal with prejudice
2  of all of the claims Plaintiffs raised in their Complaint, pursuant to Local Rule 160(b) and Federal
3  Rule of Civil Procedure 41(a)(ii).  This case is thus dismissed with prejudice.
4
5  IT IS SO ORDERED
6      DATED:  11/26/2013
7
8      /s/ John A. Mendez_____
    John A. Mendez
9      United States District Court Judge

**[PROPOSED] ORDER RE VOLUNTARY
DISMISSAL No. 2:13-CV-01667-JAM-DAD**