Institute for Justice
William R. Maurer (WSBA No. 25451)*
10500 NE 8th Street, Suite 1760
Bellevue, Washington 98004
Telephone: 425-646-9300

Institute for Justice
Erica Smith (NY Registration No. 4963377)*
901 S. Glebe Road, Suite 900
Arlington, VA 22203
Telephone: 703-682-9320 ex. 307

*Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

Pillsbury Winthrop Shaw Pittman LLP
Christopher R. Rodriquez (CA Bar No. 212274)
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: 916-329-4720
*Local Counsel for Plaintiffs*

Chance L. Trimm, Senior DCA (SBN 139982)
Office of the City Attorney
915 I Street
Sacramento, California 95814

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CARL and ELIZABETH FEARS, a married couple; and FEARS FITNESS, INC., d/b/a Got Muscle Health Club, a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO, a California municipal corporation,<br><br>         Defendant. | No. 2:13-cv-01667-JAM-DAD<br><br>**ORDER RE VOLUNTARY DISMISSAL** |

1  The Parties have reached a settlement and stipulated to voluntary dismissal with prejudice
2  of all of the claims Plaintiffs raised in their Complaint, pursuant to Local Rule 160(b) and Federal
3  Rule of Civil Procedure 41(a)(ii).  This case is thus dismissed with prejudice.
4
5  IT IS SO ORDERED
6      DATED:  11/26/2013
7
8      /s/ John A. Mendez_____
    John A. Mendez
9      United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER RE VOLUNTARY**
**DISMISSAL No. 2:13-CV-01667-JAM-DAD**